| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MTGLQ Investors, LP | |
| In Re:<br><br>Mark F. Dority,<br><br>Debtor. | Case No.: 17-21374-JNP<br><br>Chapter: 13<br><br>Hearing Date: 8/1/2018<br><br>Judge: Poslusny |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled       ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 32)

_____

Date: 7/31/2018                                              /s/ Denise Carlon
                                                                           Signature

*rev.8/1/15*