UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on October 15, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mark F. Dority

Case No.: 17- 21374 JNP

Chapter: 13

Judge: Jerrold N. Poslusny, Jr

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 15, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 17-21374-JNP    Doc 46    Filed 10/15/18    Entered 10/15/18 13:16:40    Desc Main
Proposed Order    Page 2 of 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____ . The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____763_____ per month for ___44 more___ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*