UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

PLATT & RISO, P.C.
40 Berlin Avenue
Stratford, NJ 08084
Telephone Number:  (856) 784-8500
Facsimile Number:  (856) 784-8050

In Re:

Case No.: "See Attached List"

Chapter: _____

Judge: _____

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Stuart A. Platt, Esquire__ will be substituted as attorney of record for _____, _____ in this case.[1]

Date: 03/05/19

/s/ CherylLynn Walters
Signature of Former Attorney

Date: 03/05/19

/s/ Stuart A. Platt
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

| Case No. | Debtor(s) | Chapter | Filed | | |
|---|---|---|---|---|---|
| 17-11404-ABA | Lauren N Lee | 13 | 01/24/17 | N/A | N/A |
| 17-15740-ABA | Bruce Charles Abel, Jr. | 9 | 03/23/17 | N/A | N/A |
| 17-15999-ABA | Timothy P Donnelly and Jennifer A Donnelly | 7 | 03/28/17 | N/A | N/A |
| 17-17135-JNP | Marilyn M Yacona | 13 | 04/07/17 | N/A | N/A |
| 17-17170-JNP | Robin Marie Segarra | 13 | 04/08/17 | N/A | N/A |
| 17-19210-ABA | Khalilah J. Bowens | 13 | 05/03/17 | N/A | N/A |
| 17-19263-JNP | Joeseph A Russomanno | 13 | 05/04/17 | N/A | N/A |
| 17-19396-ABA | Aja E. Lott | 13 | 05/06/17 | N/A | N/A |
| 17-19470-ABA | George A. Callaway, III and Tahiyyah J. Callaway | 13 | 05/08/17 | N/A | N/A |
| 17-21374-JNP | Mark F. Dority | 13 | 06/01/17 | N/A | N/A |
| 17-22181-ABA | Robert E. Murray, Jr. and Theressa V. Murray | 13 | 06/14/17 | N/A | N/A |
| 17-22619-JNP | Matthew T. Loiseau and Rosemary B. Loiseau | 13 | 06/20/17 | N/A | N/A |
| 17-23961-JNP | Charles A Evans, Jr. and Karen L Watts-Evans | 7 | 07/10/17 | N/A | N/A |
| 17-24222-ABA | Martin R. Taylor and Christa N. Taylor | 13 | 07/13/17 | N/A | N/A |
| 17-25036-ABA | Edward T. Vazquez, Sr. | 13 | 07/26/17 | N/A | N/A |
| 17-25972-KCF | Robert T. Winzinger, Inc. | 11 | 08/07/17 | N/A | N/A |
| 17-26147-JNP | Brandi L Kozak | 13 | 08/09/17 | N/A | N/A |
| 17-27061-JNP | Joseph Pinto and Debra Pinto | 13 | 08/22/17 | N/A | N/A |
| 17-30427-JNP | Michele D Huggins | 13 | 10/09/17 | N/A | N/A |
| 17-30689-JNP | Syretta C. Vickers | 13 | 10/12/17 | N/A | N/A |