B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of  New Jersey_____

In re  Mark F. Dority dba Mark Dority    Case No.  17-21374-JNP

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __8-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __5/21/19__ (date).

Name of Alleged Transferor

U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

Name of Transferee

U.S. Bank Trust National Association as Trustee of Lodge Series III Trust

Address of Alleged Transferor:

c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Address of Transferee:

c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                  **CLERK OF THE COURT**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Mark F. Dority dba Mark Dority  ,  Case No. 17-21374-JNP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Lodge Series III Trust | U.S. Bank Trust National Association as Trustee of Chalet Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 6927

Court Claim # (if known): 8-1
Amount of Claim: $119,612.76
Date Claim Filed: 08/27/2018

Phone: 800-603-0836
Last Four Digits of Acct. #: 6927

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jonathan Schwalb    Date: 05/21/2019
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Lodge Series III Trust | Case No.: 17-21374-JNP<br><br>Chapter: 13 |
| In Re:<br><br>Mark F. Dority dba Mark Dority | Adv. No.: <br><br>Hearing Date: <br><br>Hon. Judge: Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Kimberly Barbour :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents SN Servicing Corporation in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On May 21, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 21, 2019                       /s/Kimberly Barbour
                                          Signature

| Name/Address | Role | |
|---|---|---|
| Mark F. Dority<br>45 Jackson Lane<br>Sicklerville, NJ 08081 | Debtor(s) | ✗ |
| Joseph J. Rogers<br>Washington Professional Campus<br>900 Route 168<br>Suite I-4<br>Turnersville, NJ 08012 | Debtor(s) Attorney | ✗ |
| | | ✗ |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ✗ |
| | | ✗ |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ✗ |
| | | ✗ |