Order Filed on June 11, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Loge Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

Mark F. Dority dba Mark Dority,

Debtor.

CASE NO.: 17-21374-JNP

CHAPTER: 13

HON. JUDGE.:
Jerrold N. Poslusny Jr.

HEARING DATE: June 11, 2019 at 10:00am

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 11, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Loge Series III Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 45 Jackson Lane, Sicklerville, NJ 08081

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Loge Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 45 Jackson Lane, Sicklerville, NJ 08081; and it is further

**ORDERED**, that the co-debtor stay against "Lisa L. Dority" is lifted pursuant to 11 U.S.C. 1301(c).

**ORDERED** that the Movant is granted reasonable attorney fees in the amount of $850.00 and costs in the amount of $181.00 as provided in the loan documents; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Mark F. Dority
    Debtor

Case No. 17-21374-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 11, 2019
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
db          +Mark F. Dority,  45 Jackson Lane,  Sicklerville, NJ 08081-1746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Francesca Ann Arcure    on behalf of Creditor    Select Portfolio Servicing, Inc. as Servicer for
          U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2016-PM6
          NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
         Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation as servicer for U.S. Bank
          Trust National Association et al bankruptcy@friedmanvartolo.com
         Joseph J. Rogers    on behalf of Debtor Mark F. Dority jjresq@comcast.net,    jjrogers0507@gmail.com
         Nicholas Leonetti    on behalf of Creditor    Select Portfolio Servicing, Inc. as Servicer for
          U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2016-PM6
          NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
         Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
         Stuart A. Platt    on behalf of Creditor    Township of Winslow platt@prlawoffice.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 11