Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 17-21374 (JNP)**

Mark F. Dority  
45 Jackson Lane  
Sicklerville, NJ  08081

Monthly Payment: $805.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/06/2019 | $753.00 | 03/04/2019 | $753.00 | 04/11/2019 | $753.00 | 05/14/2019 | $753.00 |
| 06/12/2019 | $1,129.50 | 07/17/2019 | $753.00 | 08/14/2019 | $376.50 | 08/14/2019 | $376.50 |
| 09/11/2019 | $376.50 | 09/11/2019 | $376.50 | 10/16/2019 | $376.50 | 10/16/2019 | $376.50 |
| 11/12/2019 | $753.00 | 12/13/2019 | $1,129.50 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARK F. DORITY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,199.00 | $3,199.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $500.00 | $500.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | ADVOCARE KRESSVILLE PEDIATRICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $6,466.61 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE AUTO FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ECMC | 33 | $8,875.21 | $0.00 | $0.00 | $0.00 |
| 6 | ECMC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | GLOBAL VALLEY LENDING | 33 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 8 | IC SYSTEMS, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 28 | $11,876.65 | $0.00 | $11,876.65 | $0.00 |
| 10 | LIBERAL FINANCE SERVIC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | N E A JOHN CASABLANCA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PROGRESSIVE INSURANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SN SERVICING CORPORATION | 24 | $18,923.46 | $7,785.52 | $11,137.94 | $5,082.32 |
| 14 | STATE OF NEW JERSEY | 28 | $2,562.95 | $0.00 | $2,562.95 | $0.00 |
| 15 | TOWNSHIP OF WINSLOW | 24 | $380.02 | $261.14 | $118.88 | $149.57 |
| 16 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DEPARTMENT OF THE TREASURY | 33 | $47,736.98 | $0.00 | $0.00 | $0.00 |
| 20 | ECMC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF NEW JERSEY | 33 | $4,254.49 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2017 | 19.00 | $0.00 |
| 02/01/2019 | Paid to Date | $9,695.50 |
| 03/01/2019 | 40.00 | $805.00 |
| 07/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,036.00 |
| Total paid to creditors this period: | $5,231.89 |
| Undistributed Funds on Hand: | $4,398.90 |
| Arrearages: | $572.00 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**