Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−21374−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mark F. Dority
  dba Mark Dority
  590 Lower Landing Road
  Unit 185
  Blackwood, NJ 08012

Social Security No.:
  xxx−xx−9024

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 2, 2018.

On 6/18/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:     July 21, 2021
Time:     10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 21, 2021
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-21374-JNP
Mark F. Dority                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                              Page 1 of 2
Date Rcvd: Jun 21, 2021                         Form ID: 185                             Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark F. Dority, 590 Lower Landing Road, Unit 185, Blackwood, NJ 08012-4125 |
| cr | + | Select Portfolio Servicing, Inc. as Servicer for U, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Township of Winslow, c/o Platt & Riso, P.C., 40 Berlin Road, Stratford, NJ 08084-1404 |
| 516862750 | + | Advocare Kressville Pediatrics, PO Box 3001, Voorhees, NJ 08043-0598 |
| 516994509 |   | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 516862755 | + | Ecmc, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517095347 | + | Flagship Condominium Association, Inc., 60 North Maine Avenue, Atlantic City, NJ 08401-5518 |
| 516862756 | + | Global Valley Lending, 635 East Highway 20, E, Upper Lake, CA 95485-8793 |
| 516862757 | + | IC Systems, Inc, 444 Highway 96 East, Po Box 64378, St Paul, MN 55164-0378 |
| 516862759 | + | Liberal Finance Servic, 1160 Parsippany Bl, Parsippany, NJ 07054-1811 |
| 517723036 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 516862760 | + | N E A John Casablanca, United Credit Co, Attn: Bankruptcy, 512 Madison St, St Charles, MO 63301-2748 |
| 518127857 | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 517046944 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516862762 | + | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 516862763 |   | State Of New Jersey, CN-190, Division Of Taxation, Trenton, NJ 08650 |
| 516891912 | + | Township of Winslow, c/o Platt & Riso, P.C., 40 Berlin Avenue, Stratford, New Jersey 08084-1404 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jun 21 2021 20:55:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 516862751 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 21 2021 20:56:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516862752 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jun 21 2021 21:07:55 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516870867 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 21 2021 21:08:12 | Capital One Auto Finance, a division of Capital On, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 516862753 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 21 2021 20:55:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 516862754 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

Case 17-21374-JNP   Doc 76   Filed 06/23/21   Entered 06/24/21 00:28:44   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 185 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Jun 21 2021 20:58:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 516862758 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2021 20:56:00 | Internal Revenue Service, 955 South Springfield Avenue, Bankruptcy Department, Springfield, NJ 08071 |
| 516862761 | + | Email/Text: ecfbankruptcy@progleasing.com | Jun 21 2021 20:57:00 | Progressive, 11629 South 700 East, Suite 250, Draper, UT 84020-8399 |
| 516862764 | + | Email/Text: chegyi@winslowtownship.com | Jun 21 2021 20:57:00 | Township Of Winslow, 125 South Route 73, Braddock, NJ 08037-9422 |
| 518259523 | + | Email/Text: bknotices@snsc.com | Jun 21 2021 20:58:00 | U.S. Bank Trust National Association, as Trustee of Lodge Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association 95501-0305 |
| 518259522 | + | Email/Text: bknotices@snsc.com | Jun 21 2021 20:58:00 | U.S. Bank Trust National Association, as Trustee of Lodge Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 517952953 | + | Email/Text: bknotices@snsc.com | Jun 21 2021 20:58:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 517952954 | + | Email/Text: bknotices@snsc.com | Jun 21 2021 20:58:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501, U.S. Bank Trust National Association, as, C/O SN Servicing Corp. 95501-0305 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 516938667 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021        Signature:    /s/Joseph Speetjens