| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph J. Rogers, Esquire (JJR1185)<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964; Fax (856) 228-7965 | Order Filed on July 15, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>   Mark Dority | Case Number:   17-21374 JNP<br><br>Judge:  Jerrold N. Poslusny, Jr. |

# ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 15, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Mark Dority
Case No.:  17-21374 JNP
Caption of Order:  ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

THIS MATTER having come before the Court by the Debtor, Mark Dority, by and through counsel, Joseph J. Rogers, Esquire, for an Order granting his Motion to Suspend Trustee Payments, and having been proposed to creditors after confirmation and it appearing that the applicable provisions of the Bankruptcy Code having been complied with, and the Court having considered the matter, and for good cause,

ORDERED that Chapter 13 plan payments are hereby suspended for January 2021 through March 2021.  Debtor shall resume plan payments commencing April 1, 2021. Debtor shall address the repayment of the plan arrearages through the pending modified plan; and

IT IS FURTHER ORDERED that the Debtors' case is allowed to continue at $26,238.00 total receipts applied to plan, then the new payments going forward shall be determined by the pending modified plan.