UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

**Order Filed on July 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

     Mark Dority

Case Number:  17-21374 JNP

Judge:  Jerrold N. Poslusny, Jr.

## ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 15, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Mark Dority
Case No.:   17-21374 JNP
Caption of Order:  ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS


THIS MATTER having come before the Court by the Debtor, Mark Dority, by and through counsel, Joseph J. Rogers, Esquire, for an Order granting his Motion to Suspend Trustee Payments, and having been proposed to creditors after confirmation and it appearing that the applicable provisions of the Bankruptcy Code having been complied with, and the Court having considered the matter, and for good cause,

ORDERED that Chapter 13 plan payments are hereby suspended for January 2021 through March 2021. Debtor shall resume plan payments commencing April 1, 2021. Debtor shall address the repayment of the plan arrearages through the pending modified plan; and

IT IS FURTHER ORDERED that the Debtors' case is allowed to continue at $26,238.00 total receipts applied to plan, then the new payments going forward shall be determined by the pending modified plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 17-21374-JNP

Mark F. Dority                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                 Page 1 of 2

Date Rcvd: Jul 15, 2021                   Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Mark F. Dority, 590 Lower Landing Road, Unit 185, Blackwood, NJ 08012-4125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2021                          Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Select Portfolio Servicing  Inc. as Servicer for U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2016-PM6 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association et al |

|  | bankruptcy@friedmanvartolo.com |
| Joseph J. Rogers | |
|  | on behalf of Debtor Mark F. Dority jjresq@comcast.net  jjrogers0507@gmail.com |
| Nicholas Leonetti | |
|  | on behalf of Creditor Select Portfolio Servicing  Inc. as Servicer for U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2016-PM6 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Rebecca Ann Solarz | |
|  | on behalf of Creditor MTGLQ Investors  LP rsolarz@kmllawgroup.com |
| Stuart A. Platt | |
|  | on behalf of Creditor Township of Winslow platt@theplattlawgroup.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | |
|  | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 12