Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17–21374–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark F. Dority
dba Mark Dority
590 Lower Landing Road
Unit 185
Blackwood, NJ 08012

Social Security No.:
xxx–xx–9024

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 3/17/23 at 10:00 AM

to consider and act upon the following:

**95** – CertificationOther in Opposition to (related document:94 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 02/15/2023. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) filed by Trustee Isabel C. Balboa) filed by Joseph J. Rogers on behalf of Mark F. Dority. (Rogers, Joseph)

Dated: 2/15/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court