Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−21374−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark F. Dority
   dba Mark Dority
   590 Lower Landing Road
   Unit 185
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−9024

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/14/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 14, 2024
JAN: kvr

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mark F. Dority  
    Debtor

Case No. 17-21374-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 14, 2024      Form ID: 148      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark F. Dority, 590 Lower Landing Road, Unit 185, Blackwood, NJ 08012-4125 |
| cr | + | Select Portfolio Servicing, Inc. as Servicer for U, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Township of Winslow, c/o Platt & Riso, P.C., 40 Berlin Road, Stratford, NJ 08084-1404 |
| 516862750 | + | Advocare Kressville Pediatrics, PO Box 3001, Voorhees, NJ 08043-0598 |
| 516862755 | + | Ecmc, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517095347 | + | Flagship Condominium Association, Inc., 60 North Maine Avenue, Atlantic City, NJ 08401-5518 |
| 516862756 | + | Global Valley Lending, 635 East Highway 20, E, Upper Lake, CA 95485-8793 |
| 516862759 | + | Liberal Finance Servic, 1160 Parsippany Bl, Parsippany, NJ 07054-1811 |
| 516862760 | + | N E A John Casablanca, United Credit Co, Attn: Bankruptcy, 512 Madison St, St Charles, MO 63301-2748 |
| 518127857 | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 516862763 | | State Of New Jersey, CN-190, Division Of Taxation, Trenton, NJ 08650 |
| 516891912 | + | Township of Winslow, c/o Platt & Riso, P.C., 40 Berlin Avenue, Stratford, New Jersey 08084-1404 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Mar 14 2024 20:50:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 516862751 | | Email/Text: bankruptcy@pepcoholdings.com | Mar 14 2024 20:51:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516862752 | + | EDI: CAPONEAUTO.COM | Mar 15 2024 00:42:00 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516870867 | + | EDI: AISACG.COM | Mar 15 2024 00:42:00 | Capital One Auto Finance, a division of Capital On, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 516862753 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 14 2024 20:50:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 516862754 | + | EDI: CCS.COM | Mar 15 2024 00:42:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 516994509 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 14 2024 20:51:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 516862757 | + | EDI: LCIICSYSTEM | Mar 15 2024 00:42:00 | IC Systems, Inc, 444 Highway 96 East, Po Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516862758 | | EDI: IRS.COM | Mar 15 2024 00:42:00 | 64378, St Paul, MN 55164-0378<br>Internal Revenue Service, 955 South Springfield Avenue, Bankruptcy Department, Springfield, NJ 08071 |
| 517723036 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2024 20:50:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 516862761 | + | Email/Text: ecfbankruptcy@progleasing.com | Mar 14 2024 20:51:00 | Progressive, 11629 South 700 East, Suite 250, Draper, UT 84020-8376 |
| 517046944 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 14 2024 20:50:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516862762 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2024 20:51:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 516862764 | + | Email/Text: SShiver@winslowtownship.com | Mar 14 2024 20:51:00 | Township Of Winslow, 125 South Route 73, Braddock, NJ 08037-9422 |
| 518259523 | ^ | MEBN | Mar 14 2024 20:48:19 | U.S. Bank Trust National Association, as Trustee of Lodge Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association 95501-0305 |
| 518259522 | ^ | MEBN | Mar 14 2024 20:48:18 | U.S. Bank Trust National Association, as Trustee of Lodge Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 517952953 | ^ | MEBN | Mar 14 2024 20:48:19 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 517952954 | ^ | MEBN | Mar 14 2024 20:48:19 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501, U.S. Bank Trust National Association, as, C/O SN Servicing Corp. 95501-0305 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 516938667 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Barbara J. Snavely | on behalf of Debtor Mark F. Dority jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Select Portfolio Servicing Inc. as Servicer for U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2016-PM6 farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association et al bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com |
| Nicholas Leonetti | on behalf of Creditor Select Portfolio Servicing Inc. as Servicer for U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2016-PM6 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Stuart A. Platt | on behalf of Creditor Township of Winslow platt@theplattlawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 12