UNITED STATES BANKRUTPCY COURT

DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

Andrew B. Finberg, Esquire

Cherry Tree Corporate Center

535 Route 38, Suite 580

Cherry Hill, NJ 08002

(856) 663-5002

**Order Filed on March 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARK F. DORITY

| | |
|---|---|
| Case No: | 17-21374-JNP |
| Hearing Date: | |
| Judge: | Jerrold N. Poslusny Jr. |
| Chapter: | 13 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: March 14, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

IS_CHH_5001_OTBS

The Court having considered the motion or certification of Andrew B. Finberg, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☒    The debtor(s)' case is hereby DISMISSED

☐    The debtor(s)' plan is allowed to continue at the regular monthly payment of _____ for a period of ___ months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

☐    An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☒    Other:

☒        IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

☐        IT IS FURTHER ORDERED that the debtor(s)' case is allow to continue with the arrears being capitalized throught the debtor(s)' plan, and the plan shall continue at _____ which represents total receipts applied to plan.

2

IS_CHH_5001_OTBS

☐    IT IS FURTHER ORDERED that the debtor(s)' case is allowed to

continue with a lump sum payment of _____ due within __ days from

the date of this Order.

☐    IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed,

such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for

Chapter 13 bankruptcy protection for a period of __ from the date of dismissal of debtor(s)'

case.

☐    IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier

payments of

☐    This order incorporates a fee application for debtor(s)' attorney in the

amount of _____ pending Court approval.

☐    A status hearing shall be held on _____.

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-21374-JNP

Mark F. Dority                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 2
Date Rcvd: Mar 14, 2024                       Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

**Recip ID            Recipient Name and Address**
db                 +   Mark F. Dority, 590 Lower Landing Road, Unit 185, Blackwood, NJ 08012-4125

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed
below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Barbara J. Snavely | on behalf of Debtor Mark F. Dority jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Select Portfolio Servicing  Inc. as Servicer for U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2016-PM6 farcure@hillwallack.com, NJ_ECF_Notices@McCalla.com |
| Isabel C. Balboa | |

District/off: 0312-1                          User: admin                                      Page 2 of 2
Date Rcvd: Mar 14, 2024                     Form ID: pdf903                              Total Noticed: 1

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jonathan C. Schwalb

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association et al
bankruptcy@friedmanvartolo.com  jschwalb@ecf.courtdrive.com

Nicholas Leonetti

on behalf of Creditor Select Portfolio Servicing  Inc. as Servicer for U.S. Bank Trust National Association, as Trustee for Towd
Point Master Funding Trust 2016-PM6 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Stuart A. Platt

on behalf of Creditor Township of Winslow platt@theplattlawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III

on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

TOTAL: 12